IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT NASHVILLE

DECEMBER 1996 SESSION

FILED

February 12, 1997

Cecil W. Crowson
Appellate Court Clerk

ERIC C. PENDLETON,               )        No. 01C01-9604-CR-00158
                                 )
        Appellant                )
                                 )        DAVIDSON COUNTY
V.                               )
                                 )        HON. ANN LACY JOHNS,
STATE OF TENNESSEE,              )        JUDGE
                                 )
        Appellee.                )        (Habeas Corpus)
                                 )
                                 )

CONCURRING OPINION

I concurred with the majority in Arnold Carter v. State, No. 03C01-9509-CC-00270 (Tenn. Crim. App. at Knoxville, July 11, 1996), holding that the petition was filed within the statute of limitations.  Upon further reflection, I am of the opinion that the dissenting opinion by Judge David Welles in that case is the correct view of the statute when this Court is confronted with a petition such as the one in appellant's case.  Therefore, I concur with the majority opinion in this case for the reasons stated here and for those I expressed in Stephen Koprowski v. State, No. 03C01-9511-CC-00365 (Tenn. Crim. App. at Knoxville, January 28, 1997).

_____
William M. Barker, Judge